UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

JUSTYNA JENSEN,

    Plaintiff,

v.   CA No. 24-cv-191-MRD

RHODE ISLAND CANNABIS , et al.

    Defendants.

## JUDGMENT

This action came to be heard before the Court and a decision has been rendered. Upon consideration whereof, it is now hereby ordered, adjudged, and decreed as follows:

Pursuant to the Text Order entered on February 6, 2025, and in accordance with Fed. R. Civ. P. 58, judgment is entered dismissing this civil action.

It is so ordered.

February 6, 2025　　　　　　　　　　By the Court:

　　　　　　　　　　　　　　　　　　/s/ Melissa R. DuBose
　　　　　　　　　　　　　　　　　　U.S. District Judge