UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

__Justyna Jensen__

Plaintiff

v.                                    Case No. __24-cv-191-MRD__

__Rhode Island Cannabis Control Commission__

Defendant

### NOTICE OF APPEAL

Notice is hereby given that __Justyna Jensen__,
                                    Name

the __Plaintiff__ in the above-referenced matter, hereby appeals to the United States
      Party Type

Court of Appeals for the First Circuit from the:

☑ Final judgment entered on __2/6/2025__.
                              Date of Judgment

and/or

☑ The order __Granting Motion to Dismiss__ entered on __2/6/2025__.
              Description of Order                          Date of Order

Respectfully submitted,

__Jeffrey M. Jensen__          __Jeffrey M. Jensen__
Name                            Signature

__Pro Hac Vice__                __/s/ Jeffrey M. Jensen__
Bar Number                      Date

__Jeffrey M. Jensen, PC__       __2/7/2025__
Firm/Agency                     Telephone Number

__9903 Santa Monica Bldv. #890__  __jeff@jensen2.com__
Address                         Email Address

__Beverly Hills, CA 90212__
City/State/Zip Code

Reset Form        Print Form        Save Form

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

JUSTYNA JENSEN,

    Plaintiff,

v.                           CA No. 24-cv-191-MRD

RHODE ISLAND CANNABIS , et al.

    Defendants.

## JUDGMENT

This action came to be heard before the Court and a decision has been rendered. Upon consideration whereof, it is now hereby ordered, adjudged, and decreed as follows:

Pursuant to the Text Order entered on February 6, 2025, and in accordance with Fed. R. Civ. P. 58, judgment is entered dismissing this civil action.

It is so ordered.

February 6, 2025                            By the Court:

                                                   /s/ Melissa R. DuBose
                                                   U.S. District Judge



Jeff Jensen <jeffreymarkjensen@gmail.com>

## Activity in Case 1:24-cv-00191-MRD-LDA Jensen v. Rhode Island Cannabis Control Commission et al Order on Motion for Preliminary Injunction
2 messages

**cmecf@rid.uscourts.gov** <cmecf@rid.uscourts.gov>   Thu, Feb 6, 2025 at 12:43 PM
To: cmecfnef@rid.uscourts.gov

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

District of Rhode Island

### Notice of Electronic Filing

The following transaction was entered on 2/6/2025 at 3:43 PM EST and filed on 2/6/2025
**Case Name:**          Jensen v. Rhode Island Cannabis Control Commission et al
**Case Number:**        1:24-cv-00191-MRD-LDA
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**TEXT ORDER: Before the Court is Defendants' Motion to Dismiss Plaintiff's Complaint (ECF No. [13]) and Plaintiff's Motion for Preliminary Injunction (ECF No. [9]). The Court has also received and reviewed Plaintiff's Opposition to Motion to Dismiss (ECF No. [17]), Defendants' Reply in Support of Motion to Dismiss Plaintiff's Complaint (ECF No. [20]), Defendants' Objection to Plaintiff's Motion for Preliminary Injunction (ECF No. [14]), and Plaintiff's Reply in Support of Motion for Preliminary Injunction (ECF No. [16]). The Court has considered the arguments put forth by both parties as well as the case law relevant thereto. The Court concludes the Plaintiff's claims are not ripe for judicial review. *See Ernst & Young v. Depositors Economic Protection Corp.*, 45 F.3d 530, 535-37 (1st Cir. 1995); *McInnis-Misenor v. Me. Med. Ctr.*, 319 F.3d 63, 70 (1st Cir. 2003); *see also Operation Clean Govt v. Rhode Island Ethics Comm'n*, 315 F. Supp. 2d 187, 195-96 (D.R.I. 2004). The Cannabis Control Commission has yet to promulgate rules and regulations pertaining to retail cannabis business licenses. This Court cannot and will not speculate as to when the proposed rules and regulations will be promulgated or when the application period for retail cannabis licenses will open. Defendants' Motion to Dismiss Plaintiff's Complaint (ECF No. [13]) is GRANTED. Plaintiff's Complaint is dismissed without prejudice. Plaintiff's Motion for Preliminary Injunction (ECF No. [9]) is DENIED as moot. So Ordered by District Judge Melissa R. DuBose on 2/6/2025. (Urizandi, Nissheneyra)**

**1:24-cv-00191-MRD-LDA Notice has been electronically mailed to:**

Albin Moser &nbsp &nbsp amoser@albinmoser.com

Chelsea Baittinger &nbsp &nbsp cbaittinger@riag.ri.gov, aclark@riag.ri.gov, cgreene0407@gmail.com

Jeffrey M. Jensen &nbsp &nbsp jeff@jensen2.com

Matthew I. Shaw &nbsp &nbsp mshaw@riag.ri.gov, jmartinelli@riag.ri.gov, kragosta@riag.ri.gov

**1:24-cv-00191-MRD-LDA Notice has been delivered by other means to:**

---

**Jeff Jensen** <jeffreymarkjensen@gmail.com>  Thu, Feb 6, 2025 at 2:22 PM
To: aweisman@pldolaw.com

[Quoted text hidden]