# United States Court of Appeals
## For the First Circuit

_____

No. 25-1132

JUSTYNA JENSEN,

Plaintiff, Appellant,

v.

RHODE ISLAND CANNABIS CONTROL COMMISSION; and KIMBERLY AHERN, in the official capacity,

Defendants, Appellees.

_____

**JUDGMENT**

Entered: November 25, 2025

This cause came on to be submitted on the briefs and original record on appeal from the United States District Court for the District of Rhode Island.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The district court's judgment of dismissal is reversed, and the matter is remanded to the district court for prompt consideration and resolution of the merits of plaintiff's claims of unconstitutionality of the Rhode Island Cannabis Act, R.I. Gen. Laws § 21-28.11-1, et seq., and plaintiff's claims for declaratory and injunctive relief against enforcement of the challenged provisions. The district court is instructed to issue its rulings on both merits and remedies at least forty-five days before the date on which the Rhode Island Cannabis Control Commission intends to issue retail licenses pursuant to the Rhode Island Cannabis Act, R.I. Gen. Laws § 21-28.11-1, et seq.

By the Court:

Anastasia Dubrovsky, Clerk

cc:  Hon. Melissa R. DuBose, Hanorah Tyer-Witek, Clerk, United States District Court for the District of Rhode Island, Albin S. Moser, Jeffrey M. Jensen, Peter F. Neronha, Matthew I. Shaw, Jeff Kidd, Chelsea Baittinger