# United States Court of Appeals
## For the First Circuit

_____

No. 25-1132

JUSTYNA JENSEN,

Plaintiff - Appellant,

v.

RHODE ISLAND CANNABIS CONTROL COMMISSION; KIMBERLY AHERN, in the official capacity,

Defendants - Appellees.

_____

**TAXATION OF COSTS**

Entered: March 19, 2026
Pursuant to 1st Cir. R. 27(d)

Costs in favor of Appellant Justyna Jensen are taxed as follows:

| | |
|---|---|
| Reproduction of brief | ...............$ 94.50 |
| Reproduction of reply brief | ...............$ 63.90 |
| Reproduction of appendix | ...............$ 32.00 |
| Docket Fee | ...............$ 600.00 |
| **TOTAL** | ...............$ **790.40** |

By the Court:

Anastasia Dubrovsky, Clerk

cc: Hon. Melissa R. DuBose, Hanorah Tyer-Witek, Clerk, United States District Court for the District of Rhode Island, Albin S. Moser, Jeffrey M. Jensen, Peter F. Neronha, Matthew I. Shaw, Jeff Kidd, Chelsea Baittinger