**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

Justyna Jensen
_____

Plaintiff

v.

Case No. 1:24-cv-00191
_____

R.I. Cannabis Control Commission et al.
_____

Defendant

## NOTICE OF APPEAL

Notice is hereby given that __R.I. Cannabis Control Commission and Kimberly Ahern in her Official Capacity__,
Name

the __Defendants__ in the above-referenced matter, hereby appeals to the United States
Party Type

Court of Appeals for the First Circuit from the:

☑ Final judgment entered on _____.
Date of Judgment

and/or

☑ The order __granting a preliminary injunction__ entered on __April 8, 2026__.
Description of Order                                Date of Order

Jeff Kidd
_____
Name

10416
_____
Bar Number

R.I. Office of the Attorney General
_____
Firm/Agency

150 South Main St
_____
Address

Providence, RI 02903
_____
City/State/Zip Code

Respectfully submitted,

/s/ Jeff Kidd
_____
Signature

April 14, 2026
_____
Date

(401) 274-4400
_____
Telephone Number

jkidd@riag.ri.gov
_____
Email Address

Reset Form          Print Form          Save Form