

# UNITED STATES DISTRICT COURT
### *District of Rhode Island*

### CLERK'S CERTIFICATE AND APPELLATE COVER SHEET
### ABBREVIATED ELECTRONIC RECORD

## Case Information

Case Caption:  **Jensen**                          VS.   Rhode Island Cannabis Control Commission et al

District Court Number:  1:24-cv-00191-MRD-LDA          Presiding Judge:  **Judge DuBose**

Notice of Appeal filed by: **Defendant**       Notice of Appeal document number:  **43**

Appeal from:  **ECF** 41 MEMORANDUM AND ORDER ECF 42 AMENDED MEMORANDUM AND ORDER

Other information:

Fee status:  **Paid**                      Pro se case:      Yes ☐      No ☑

Emergency or requires expedition: **No**      *If yes, reason:*

## Record Information

Motions Pending      Yes ☑      No ☐

*If yes, document #*   ECF 29 First MOTION for Partial Summary Judgment and Permanent Injunction

Other record information:

Related case(s) on appeal:

## Certification

I, Hanorah Tyer-Witek, Clerk of the United States District Court for the District of Rhode Island, do certify that the following annexed electronic documents constitute the abbreviated record on appeal in the above referenced case:

**HANORAH TYER-WITEK**
Clerk of Court

/s/Cherelle Hill

Deputy Clerk

Date:  **04/14/2026**