# United States Court of Appeals
## For the First Circuit

No. 26-1406

JUSTYNA JENSEN,

Plaintiff - Appellee,

v.

RHODE ISLAND CANNABIS CONTROL COMMISSION; MICHELLE REDDISH, in the official capacity,

Defendants - Appellants.

Before

Montecalvo, Aframe, and Dunlap,
Circuit Judges.

**ORDER OF COURT**

Entered: August 7, 2026

Based on an indicative ruling by the district court, D.Ct. Dkt. 53, Defendants-Appellants Rhode Island Cannabis Control Commission and Michelle Reddish have filed a letter motion requesting a limited remand to the district court. Plaintiff-Appellee Justyna Jensen has not filed a response, and the time to do so has passed.

Defendants-Appellants' unopposed motion is granted, and this case is remanded for proceedings consistent with the indicative ruling. See Fed. R. App. P. 12.1(b). Jurisdiction is retained. The appeal remains stayed pending further order. Defendants-Appellants shall file a status report every thirty (30) days and shall promptly notify this court when the district court has acted.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Hon. Melissa R. DuBose
Hanorah Tyer-Witek, Clerk, United States District Court for the District of Rhode Island
Matthew I. Shaw
Katherine Connolly Sadeck
Jeff Kidd
Patrick S. Reynolds
Chelsea Baittinger
Albin S. Moser
Jeffrey M. Jensen