**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| JUSTYNA JENSEN,<br>*Plaintiff*,<br><br>v.<br><br>RHODE ISLAND CANNABIS CONTROL COMMISSION AND KIMBERLY AHERN, IN HER OFFICIAL CAPACITY,<br>*Defendants,* | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | Case No. 1:24-cv-00191-MSM-LDA |

**<u>WITHDRAWAL OF APPEARANCE</u>**

Now comes the Office of the Attorney General and hereby withdraws the appearance of Jeff Kidd on behalf of Defendants, Rhode Island Cannabis Control Commission and Kimberly Ahern, in her official capacity, (“Defendants”), in the above-captioned matter. Patrick Reynolds, Special Assistant Attorney General, will remain in the case and represent the Defendants.

Respectfully submitted,

Office of the Attorney General

BY:

PETER F. NERONHA,
ATTORNEY GENERAL

*/s/ Matthew I Shaw*
Matthew I. Shaw (#7325)
Assistant Attorney General
150 South Main Street
Providence, RI 02903
(401) 274-4400 Ext. 2226
mshaw@riag.ri.gov

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I filed the within via the ECF filing system and that a copy is available for viewing and downloading. I have also caused a copy to be sent via the ECF System to counsel of record on this 18th day of August, 2026.

*/s/ Matthew I. Shaw*